Name: MITCHELL B ISLER JR
Prison Number: 742106
Place of confinement: Ketchikan Correctional Facility
Mailing address: 1201 Schoenbar Rd
City, State, Zip: Ketchikan, AK 99901
Telephone:

RECEIVED
SEP 14 2020
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Mitchell Bradley Isler,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Ketchikan Correctional,
Jason Harris,

(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. _____
(To be supplied by Court)

**PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Mitchell B Isler, (print your name) who presently resides at 1201 Schoenbar Rd Ketchikan, AK 99901 (mailing address or place of confinement) were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, **Jason Harris** (name) is a citizen of **Alaska** (state), and is employed as a _____ (defendant's government position/title).

**X** This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, **Ketchikan Correctional Facility** (name) is a citizen of **Alaska** (state), and is employed as a **Correctional Facility** (defendant's government position/title).

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
**X** The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ (name) is a citizen of _____ (state), and is employed as a _____ (defendant's government position/title).

____ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about September 14, 2018 (Date), my civil right to Reckless Endangerment
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by Ketchikan Correctional Facility/ Jason Harris
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

My name is Mitchell B. Isler. On September 14th, 2018, while incarcerated at Ketchikan Department of Corrections Facility, I was struck multiple times without provocation by another inmate named Jason Harris. The assault rendered me unconscious. I was subsequently taken to the Ketchikan Regional ER for evaluation. The doctors there ordered a CT scan, which showed multiple facial fractures to my left face, including left zygomatic arch, left orbital floor, lateral orbital wall, anterior maxillary wall, and anterolateral maxillary wall. I was then taken via medivac to Alaska Regional Hospital in Anchorage Alaska, Where another CT scan was performed.

The doctor came to see me post scan. He stated the results of the scan which indicated very serious fractures from blows to my head and face with a heavy object. (Jason Harris's fists) From there, I was taken to surgery which took around 4.5 hours.

The surgeons formed a new orbital bone using plates, and rebuilt my left eye socket.

There is significant nerve damage to my left eye and face. I feel nothing but pain and numbness in the area of my surgery. I lost my vision in my left eye due to the damage and trama I received at the hands of Mr. Harris. The optic nerve was damaged.

Claim 5 A

Claim 2: On or about _____, my civil right to
(Date)

---
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

I'm left with many surgical scars around my eye, sinus area, and in my mouth as well as from resulting assault lacerations. My jaw was affected in that I can no longer open my mouth as widely as before without pain.

This trama also resulted in a concussion and brain damage that lead to amnesia. Doctors said I will need rehabilitation services to help with memory loss and my left eye.

Since Jason Harris's assault my life has changed irrevocably. It is expected. I will experience life long pain.

Doctors say I still have pending surgery to shave and repair bone around the eye, and the sinus area, and my jaw.

After two years, I've slowly regain my vision in my left Eye.

I still have numbness on my leftside of my face. And my left sinus area is still hard to breathe through.

My Jaw is still affected by the Assault still having pain and around my Eye and above my Eye were surgery took ~~place~~ place

I take Medication everyday for the pain

My Memory loss is still gone from that day. I've still haven't regain full memory in some places of my life

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes __X__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes __X__ No

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
PS01, Nov. 2013

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** ____ Yes _X_ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ **350,000**
2. Punitive damages in the amount of $ **350,000**
3. An order requiring defendant(s) to **Pay Civil award for pain and suffering**
4. A declaration that **ASSAULTED in Deapartments Custdy**
5. Other: _____

Plaintiff demands a trial by jury. _____ Yes __X__ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at **Ketchikan Correctional** on **9-5-20**
(Location)                    (Date)

_____
(Plaintiff's Signature)

_____    _____
Original Signature of Attorney (if any)              (Date)

_____
_____
_____
Attorney's Address and Telephone Number

Prisoner § 1983 - 8
PS01, Nov. 2013