IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT **Superior**

☐ State of Alaska )
☐ In the Matter of )
☒ **Mitchell B Isler** )
vs. ) CASE NO. _____
**Jason Harris and Ketchikan** )
**correctional facility** ) **FINANCIAL STATEMENT**
Defendant or Minor. ) ☒ For Appointment of Counsel
) ☐ For Restitution

Full Name **Mitchell Bradley Isler Jr.** Date of Birth **—1973**
Residence Address _____
Mailing Address **1201 Schoenbar Rd  Ketchikan, AK 99901**
Email Address _____ Soc. Sec. No.[1] **—1126**
Home Phone _____ Work Phone _____ Cell Phone _____

Are you under the age of 18? ☒ No ☐ Yes. If yes, one of your parents must appear and provide financial information regarding the income of both parents.

Have you filled out a financial statement to apply for a court-appointed attorney within the past 12 months? ☐ Yes ☒ No    Was an attorney appointed for you? ☐ Yes ☐ No

Are you receiving public assistance? ☒ No ☐ Yes. If yes, check those you receive:
☐ SSI    ☐ Food Stamps    ☐ Adult Public Assistance
☐ ATAP   ☐ General Relief  ☐ Medicaid

Are you working now? ☐ Yes ☐ No   If no, date last worked _____
Present employer _____
(If not now employed, state last employer and length of job.)
Employer's address _____
Other employers in past year _____
Are you a seasonal worker? ☐ Yes ☒ No  If yes, describe: _____
Are you self-employed?    ☐ Yes ☒ No  If yes, describe: _____

1. **DEFENDANT'S INCOME INFORMATION** (after taxes, but before other deductions)
    Do not include income of spouse. If under age 18, list income of defendant and parents.
    a. Current Monthly Income
        Wages                                         $ **196.08**
        Social Security                               $ _____
        Public Assistance                             $ _____
        Unemployment                                  $ _____
        Self-Employment Income (attach proof [2])     $ _____
        Other (specify) _____               $ _____
                          **Total Monthly Income**    $ **196.08**
    b. Permanent Fund Dividends received in last 12 months      $ **0**
    c. ANCSA or other corporate dividends received in last 12 months  $ **0**
    d. Value of gifts received in last 12 months                $ **0**
    e. **Total Income during last ~~12~~ 10 months**            $ **1000.80**

---
[1] Social Security number is not mandatory. It may be used to identify your assets.
[2] Examples include sales tax reports, bank statements, tax returns, cannery settlement statements.
Page 1 of 4