Name: Mitchell Bradley Isler Jr.
Prison Number: # 742106
Place of confinement: Ketchikan Correction Center
Mailing address: 1201 Schoenbar Rd
City, State, Zip: Ketchikan, AK 99901
Telephone:

RECEIVED DEC 28 2020 CLERK, U.S. DISTRICT COURT ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Mitchell B Isler Jr.,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Ketchikan Correction Center
Jason Harris,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 5:20-CV-00010-RRB
(To be supplied by Court)

**FIRST AMENDED PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Mitchell B Isler Jr.
(print your name)
who presently resides at Ketchikan Correction,
(mailing address or place of confinement)
were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Ketchikan Correction Center__ is a citizen of
(name)
__Alaska__, and is employed as a _____.
(state)                                    (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Jason Harris__ is a citizen of
(name)
__Alaska__, and is employed as a _____.
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ is a citizen of
(name)
_____, and is employed as a _____.
(state)                                    (defendant's government position/title)

____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Prisoner § 1983 - 2
PS01, Nov. 2013

Claim ①

Claim 1: On or about Sept 14 2018 (Date), my civil right to Acess to the Courts
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by Jason Harris and Ketchikan Corretion Center
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

On Sept 14 2018, Mr Isler was feloniouly assaulted by and Inmate name Jason Harris.

Mr Harris should of never been placed on the minimum level with the nonviolet inmates. Mr Harris just got out of prison for assault. He was a liability risk.

Ketchikan Corretion Institution voilated its owen policy by placing a dangerous, high classification individual on the lower, low classification tier, even after new individual had been in several fights.

Mr Harris just got out of prison. He was a liability risk. While out, Mr Harris commented another assault on and elderly man. Which landed Mr Harris in to Ketchikan Corretion Center.

While in Ketchikan Corretion. Mr Harris assaulted two more inmates. After assaulting Mr Isler.

Prisoner § 1983 - 3
PS01, Nov. 2013



Claim 2. On or about _____, my civil right to
(Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Ketchikan Correction finally put Mr. Harris in to solitary confinement

claim ②

So on that day of Sept 14 2018, while incarcerated at Ketchikan Department of Corrections facility, I was struck multiple times without provocation by inmate Jason Harris. The assault rendered me unconscious. I was subsequently taken to Ketchikan Regional E.R. for evaluation.

Doctors there ordered a CT scan, which showed multiple facial fractures to my left face including left zygomatic arch, left orbital floor, lateral orbital wall, anterior maxillary and anterolateral maxillary wall.

I was taken via medivac to Alaska Regional Hospital. In Anchorage, Alaska. Where another CT scan was performed.

The doctor came to see me post-scan. He

Prisoner § 1983 - 4
PS01, Nov. 2013

Case 5:20-cv-00010-RRB   Document 7   Filed 12/28/20   Page 4 of 10



~~Claim 3~~ On or about _____, my civil right to
(Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Stated the results of the scan indicated very serious fractures from blows to my head and face with a heavy object. (Jason Harris fists) From there, I was taken to surgery which took 4-4.5 hours.

The surgeouns formed a new orbital bone using plates, and rebuilt my left eye socket.

There is significant nerve damage to my left eye and face. I can feel nothing in the area of the surgery. I lost my vision in my left eye due to the trauma I received at the hands of Mr Harris. The optic nerve was damaged. I have slowly gain my vision back in my left eye it's not 100% back.

I'm left with many surgical scars around my eye, sinus area, and in my mouth as well as from resulting assault lacerations. My jaw was affected in that, I can no longer open my mouth as widely as before without pain.

Prisoner § 1983 - 5
PS01, Nov. 2013

Case 5:20-cv-00010-RRB   Document 7   Filed 12/28/20   Page 5 of 10

④
Claim ②

~~Claim 3:~~ On or about _____, my civil right to
(Date)

_____
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

This trauma also resulted in a concussion and brain damage that lead to amnesia. Doctors said I will need rehabilitation services to help with memory loss and my left eye.

Since Mr. Harris assault my life is changed irrevocably. It is expected. I will experience life long pain. Doctors say I will have pending surgerys to shave and repair bone around the eye, the sinus area, and my jaw.

After 2 years, I still have numbness on my left side of my face. The left sinus area is still hard to breath through.

My jaw is still affected by the assault. Plus my left eye still has pain around it.

I still take medication for my pain. My memory loss is still gone from that day I've still haven't regain full memory in some places of my life.

Prisoner § 1983 - 5
PS01, Nov. 2013

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts involved in this action, or otherwise relating to your imprisonment?** _____ Yes _X_ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Mitchell Bradley Isler Jr.

Defendant(s): Ketchikan Correctional, Jason Harris

Name and location of court: Alaska's Federal Court Anchorage, AK.

Docket number: 5:20-cv-00010-RRB   Name of judge: Ralph R. Beistine

Approximate date case was filed: Sept 14 2020   Date of final decision: Nov 30 2020

Disposition:  _X_ Dismissed   _____ Appealed   _____ Still pending

Issues Raised: Dismissed without Prejudice

b. <u>Lawsuit 2</u>:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition:  _____ Dismissed   _____ Appealed   _____ Still pending

Issues Raised: _____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_X_ Yes   _____ No

If your answer is "Yes," describe each lawsuit on the next page.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): Ketchikan Correctional Facility

b. Name of federal court: Alaska's    Case number: 5:20-CV-00010-RRB

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: Dimissed without Prejudice

e. Approximate date case was filed: Sept 14 2020   Date of final decision: November 30 2020

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): _____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed: _____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** ___ Yes  _X_ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

_____

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 350,000

2. Punitive damages in the amount of $ 350,000

3. An order requiring defendant(s) to pay for damages and pain and suffering

4. A declaration that Video, Correctional Facility Report, Medical Report

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at Ketchikan Facility on Dec. 21 2020
            (Location)                 (Date)

Mitchell B John Jr.
(Plaintiff's Signature)

_____       _____
Original Signature of Attorney (if any)       (Date)

_____
_____
_____
Attorney's Address and Telephone Number



Mitchell Isler
1301 Schoenbar Rd
Ketchikan, AK
99901

United States District Court
Clerk of Court
Federal Building U.S. Courthouse
222 W 7th Avenue #4
Anchorage, AK
99513