Name: Mitchell Bradley Isler Jr.
Prison Number: 742106
Place of confinement: Goose Creek Correctional
Mailing address: 22301 W. Alsop Road
City, State, Zip: Wasilla AK 99623
Telephone:
RECEIVED
MAR 25 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Mitchell Bradley Isler Jr.,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Sgt. Yates (First name unknown);
CO Edenshaw (First name unknown),
Jessica Mathews (Superintendent),
(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. 5:20-CV-00010-RRB
(To be supplied by Court)

**SECOND AMENDED PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Mitchell Bradley Isler Jr.
(print your name)
who presently resides at Goose Creek Correctional Center 22301 W. Alsop Rd Wasilla AK 99623
(mailing address or place of confinement)
were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Sgt. Yates (First Name Unknown)_ (name) is a citizen of _Alaska_ (state), and is employed as a _Security Sergeant/Correctional Officer_ (defendant's government position/title).

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _C.O. Edenshaw (First Name Unknown)_ (name) is a citizen of _Alaska_ (state), and is employed as a _Correctional Officer_ (defendant's government position/title).

✓ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
___ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _Jessica Mathews_ (name) is a citizen of _Alaska_ (state), and is employed as a _Superintendent/Corrections_ (defendant's government position/title).

___ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
✓ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about Sept 8 2018 ~~14th~~, my civil right to
(Date)
Due Process
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by Defendant Yates and Mathews
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Plantiff Mitchell Isler Jr, while being held in custody of the state of Alaska Dept of Corrections, Ketchikan Pretrial facility, was assualted by another inmate (Jason Harris). While the policies require the facility to house the detainees in appropriate housing units (lower level inmates should never be housed with high security/Assualtive inmates). While the policy to house appropriate security level inmates was ignored in the instance of September ~~8th~~ 14th 2018, Defendants Sgt Yates, and Jessica Mathews knew or should have known Mr. Harris was prone to assualtive actions against others including the plaintiff.

The plaintiff, as a direct result of the policy ignored by defendants Yates and Mathews, was assualted and suffered both physical and mental pains, stress and anguish in violation of his constitutional rights to equal protection, Due process and of the fourteenth amendent Equal Protection Clause. Both Defendants Yates and Mathews acted in ~~thier~~ their offical capacities and are personally liable.

Claim 2: On or about September 14th 2018 (8th struck through), my civil right to
(Date)
Due Process
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)
was violated by Defendant Edenshaw
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

While on duty as a correctional officer for the State of Alaska, Dept of Corrections, Ketchikan Correctional Facility, Defendant Edenshaw (First name unknown), was assigned to A Dorm as the unit officer. Defendant Edenshaw personally observed an assault inprogress against Plantiff by another inmate (Jason Harris). While the assualt was video recorded on the facility security system, Defendant Edenshaw failed to do any action to stop, break apart or prevent the assualt by Jason Harris! As told by both the facility staff and other prisoners, the other prisoners were the ones to break up the assualt. As a direct result of the failure to protect Plaintiff Isler by Defendant Edenshaw, Plaintiff suffered physical injury of multiple facial fractures including Left Zygomatic Arch, Left orbital floor, Lateral orbital wall, Anterior Maxillary wall and Anterolateral Maxillary wall. Plaintiff was left unconscious for minutes and has continued to suffer from both short term and long term memory loss. Plaintiff recieved facial surgery to the facial injuries including eye orbital and cheek bone replacement. Plaintiff continues to suffer physical and emotional pains and anguish.

As a result of Defendant Edenshaws failure to act and protect Plaintiff from the aggressive assualt by another inmate, Defendant Edenshaw is personally liable to the Plaintiff for all the injuries suffered. Defendant Edenshaws failure to protect is in violation of Due process, Equal protection and the Fourteenth ammendent.

Claim 3: On or about September 14th 2018 _(Date)_, my civil right to Due Process
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List only one violation.)

was violated by Defendant Mathews
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Defendant Mathews failed in her duty to require her jail facility to comply with the classification and housing policies of the State of Alaska Dept of Corrections. Plaintiff was assaulted by another inmate (Jason Harris) who was known by or should have been known (Deliberate Indifference) to be assualtive to others (Both before and after the incident) which resulted in Physical injuries including Tramatic Brain injury, Facial Fractures (which required reconstructive surgery), memory loss and continued emotional distress, fear and anguish.

Defendant Mathews failures in the performance of her duty were Deliberatly indifferent to the health and safety of the Plaintiff and others (inmates and staff) and Defendant Mathews is personally liable. A Decleration of such a finding is requested and an order for the failure to comply should be granted by the court.

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _____ Yes __✓__ No

2. If your answer is "Yes," describe each lawsuit.

   a. <u>Lawsuit 1</u>:

   Plaintiff(s):_____

   Defendant(s):_____

   Name and location of court:_____

   Docket number:_____ Name of judge:_____

   Approximate date case was filed:_____ Date of final decision:_____

   Disposition: _____ Dismissed _____ Appealed _____ Still pending

   Issues Raised:_____

   b. <u>Lawsuit 2</u>:

   Plaintiff(s):_____

   Defendant(s):_____

   Name and location of court:_____

   Docket number:_____ Name of judge:_____

   Approximate date case was filed:_____ Date of final decision:_____

   Disposition: _____ Dismissed _____ Appealed _____ Still pending

   Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

   _____ Yes __✓__ No

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
PS01, Nov. 2013

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): ~~_____~~

b. Name of federal court ~~_____~~ Case number: ~~_____~~

c. The case was dismissed as: ___ frivolous, _X_ malicious and/or ___ failed to state a claim

d. Issue(s) raised: ~~_____~~

e. Approximate date case was filed: ~~_____~~ Date of final decision: ~~_____~~

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): ~~_____~~

b. Name of federal court ~~_____~~ Case number: ~~_____~~

c. The case was dismissed as: ___ frivolous, _X_ malicious and/or ___ failed to state a claim

d. Issue(s) raised: ~~_____~~

e. Approximate date case was filed: ~~_____~~ Date of final decision: ~~_____~~

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s): ~~_____~~

b. Name of federal court ~~_____~~ Case number: ~~_____~~

c. The case was dismissed as: ___ frivolous, _X_ malicious and/or ___ failed to state a claim

d. Issue(s) raised: ~~_____~~

e. Approximate date case was filed: ~~_____~~ Date of final decision: ~~_____~~

4. **Are you in imminent danger of serious physical injury?** ___ Yes _✓_ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____

_____

_____

Prisoner § 1983 - 7
PS01, Nov. 2013

### F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _350,000.00_

2. Punitive damages in the amount of $ _350,000.00_

3. An order requiring defendant(s) to _Pay Costs, Fees and Expenses w/ interest._

4. A declaration that _THE Policy of The Facility to Put High Risk offenders with Low Risk offenders Violates Due Process and Rehabilitation Needs of offenders_

5. Other: _Persons Known to offend other inmates must be housed away from non aggresive offenders._

Plaintiff demands a trial by jury. _____ Yes _✔_ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _Wasilla, Alaska_ on _03/17/21_
(Location) (Date)

_Mitchell B John Jr_
(Plaintiff's Signature)

_____  _____
Original Signature of Attorney (if any)           (Date)

_____
_____
_____
Attorney's Address and Telephone Number

Mitchell Loler #770100
Goose Creek Correctional
22301 West Alsop Rd
Wasilla, AK 99602

Legal Mail

United States District Courts
District of Alaska
Clerk of Court
Federal Building U.S. Courthouse
222 W. 7th Avenue #4
Anchorage, Alaska 99513

Anchorage PDC 995
WED 24 MAR 2021 PM