TREG R. TAYLOR
ATTORNEY GENERAL

Mandee S. Mlcek (Alaska Bar No. 1911099)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5190
Facsimile: (907) 258-0760
Email: mandee.mlcek@alaska.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MITCHELL BRADLEY ISLER JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 5:20-cv-00010-RRB ) |
| SGT. YATES, CO EDENSHAW, JESSICA MATTHEWS, | ) ) **NOTICE OF APPEARANCE** ) |
| Defendants. | ) ) |

    Please take notice that Mandee S. Mlcek enters her appearance as counsel of record in the above-captioned matter. Copies of all pleadings, documents and correspondence related to the above-captioned case should be directed to:

    Mandee S. Mlcek
    Assistant Attorney General
    Office of the Attorney General
    Torts & Workers' Compensation Section
    Department of Law
    1031 West Fourth Avenue, Ste. 200
    Anchorage, AK 99501

DATED: June 16, 2021.

                    TREG R. TAYLOR
                    ATTORNEY GENERAL

By:   s/Mandee S. Mlcek/
      Mandee S. Mlcek (Alaska Bar No. 1911099)
      Assistant Attorney General
      Office of the Attorney General
      Torts & Workers' Compensation Section
      Department of Law
      1031 West Fourth Avenue, Ste. 200
      Anchorage, AK 99501
      mandee.mlcek@alaska.gov
      Phone: (907) 269-5190
      Facsimile: (907) 258-0760
      Attorney for Defendants

<u>Certificate of Service</u>
I certify that on June 16, 2021 the foregoing NOTICE OF APPEARANCE was served via USPS mail:

Mitchell Isler Jr. #742106
Goose Creek Correctional Center
22301 West Alsop Road
Wasilla, AK 99623

<u>s/Mandee S. Mlcek/</u>
Mandee S. Mlcek, Assistant Attorney General