TREG R. TAYLOR
ATTORNEY GENERAL

Mandee S. Mlcek (Alaska Bar No. 1911099)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5190
Facsimile: (907) 258-0760
Email: mandee.mlcek@alaska.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MITCHELL BRADLEY ISLER JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SGT. YATES, CO EDENSHAW, ) <br> JESSICA MATTHEWS, ) <br> ) <br> Defendants. ) | Case No.: 5:20-cv-00010-RRB <br><br> **ANSWER** |

Defendants Superintendent Jessica Mathews, Sergeant Daniel Yates, and Correctional Officer Michael Edenshaw hereby answer Plaintiff Mitchell Isler's Second Amended Complaint as follows:

### A. JURISDICTION

Defendants admit that this court has jurisdiction over this matter.

## B. PARTIES

1.    Defendants admit that Mr. Isler is currently housed at Goose Creek Correctional Center. Defendants deny all remaining allegations.

2.    Defendants admit that Daniel Yates is a citizen of Alaska and is employed by the State of Alaska, Department of Corrections (DOC) as a Sergeant and serves in the capacity of Security / Standards Officer at the Ketchikan Correctional Center (KCC); defendants deny all remaining allegations.

3.    Defendants admit that Michael Edenshaw is a citizen of Alaska and is employed by DOC as a Correctional Officer (CO) at KCC; defendants deny all remaining allegations.

4.    Defendants admit that Jessica Mathews is a citizen of Alaska and is employed by DOC as the KCC Superintendent; defendants deny all remaining allegations.

## C. CAUSES OF ACTION

### Claim 1, 2, & 3 (Fourteenth Amendment September 14, 2018)

5.    Defendants admit that Mr. Isler was in DOC custody and housed at KCC on September 14, 2018.

6.    Defendants admit that Jason Harris was in DOC custody and housed at KCC on September 14, 2018.

7.    Defendants admit that CO Edenshaw was on-duty and assigned to A-Dorm on September 14, 2018.

8.      Defendants admit that on September 14, 2018, Jason Harris recklessly caused serious physical injury to Mr. Isler.

9.      Defendants admit that on September 14, 2018, CO Edenshaw observed Jason Harris use his hands to strike Mr. Isler repeatedly in the head until Mr. Isler appeared to be unconscious; defendants deny that Mr. Isler was left unconscious for minutes.

10.     Defendants admit that the September 14, 2018, event involving Mr. Isler and Mr. Harris was recorded.

11.     Defendants are aware that Mr. Isler received medical care for injuries sustained on September 14, 2018, but have insufficient information or knowledge regarding the extent of Mr. Isler's alleged injuries; defendants therefore deny allegations related to Mr. Isler's alleged injuries to the extent any allegation is asserted against the defendants.

12.     Defendants admit that DOC has promulgated policy and procedure related to prisoner housing and classification; to the extent the allegations in Claims 1, 2, and 3 seek to paraphrase or characterize the contents of DOC policy and procedure related to prisoner housing and classification, defendants admit DOC policy and procedure speaks for itself. Defendants deny the allegations in Claims 1, 2, and 3 to the extent they are inconsistent with DOC policy and procedure.

*Isler Jr. v. Yates, et al.*  Case No.: 5:20-cv-00010-RRB
Answer  Page 3 of 6
Case 5:20-cv-00010-RRB   Document 15   Filed 08/16/21   Page 3 of 6

13. Defendants deny that any actions taken by the defendants violated Mr. Isler's civil rights; based on current information and belief, defendants deny all remaining allegations in Claims 1, 2, and 3.

## AFFIRMATIVE DEFENSES

1. Mr. Isler has failed to state a claim upon which relief can be granted.

2. Mr. Isler may have failed to exhaust administrative remedies.

3. Some or all of Mr. Isler's claims are barred by one or more doctrines of immunity.

4. Mr. Isler's damages, if any, were not caused by any act or omission of the defendants.

5. Mr. Isler's damages, if any, were not caused by any breach of duty owed to Mr. Isler by defendants.

6. Mr. Isler's damages, if any, are a result of pre-existing medical or emotional conditions or otherwise were not caused by any act or omission of defendants.

7. Defendants' actions were legitimate and non-discriminatory.

8. Defendants' actions were compliant with all applicable law and policy.

9. Defendants reserve the right to assert additional defenses that arise during the course of this litigation.

*Isler Jr. v. Yates, et al.*  Case No.: 5:20-cv-00010-RRB
Answer  Page 4 of 6
Case 5:20-cv-00010-RRB   Document 15   Filed 08/16/21   Page 4 of 6

## PRAYER FOR RELIEF

Wherefore, defendants pray for the following relief:

10. That plaintiff takes nothing, and that his complaint be dismissed with prejudice;

11. That defendants be awarded their costs and attorney's fees incurred in the defense of this action as allowed by law; and

12. That the defendants be awarded such other relief as this court deems just and equitable under the circumstances.

DATED: August 16, 2021.

        TREG R. TAYLOR
        ATTORNEY GENERAL

By: /s/Mandee S. Mlcek
     Mandee S. Mlcek
     Assistant Attorney General
     Alaska Bar No. 1911099
     Department of Law
     1031 West Fourth Avenue, Ste. 200
     Anchorage, AK 99501
     Phone: (907) 269-5190
     Facsimile: (907) 258-0760
     Email: mandee.mlcek@alaska.gov
     Attorney for Defendants

*Isler Jr. v. Yates, et al.*  Case No.: 5:20-cv-00010-RRB
Answer  Page 5 of 6
Case 5:20-cv-00010-RRB   Document 15   Filed 08/16/21   Page 5 of 6

Certificate of Service

I certify that on August 16, 2021 the foregoing Answer was served via USPS on:

Mitchell Isler Jr. #742106
Goose Creek Correctional Center
22301 West Alsop Road
Wasilla, AK  99623

/s/Mandee S. Mlcek
Mandee S. Mlcek, Assistant Attorney General